## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

IN RE:                                            )
                                                  )
MAYHEW, DANIEL DAVIS,                             )   CASE NO. 99-05137-KL3-07
MAYHEW, PAMELA ANN,                               )
                                                  )
    Debtor(s)                              )

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

    Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

    1.    Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. §726.  The following check was retuned marked return to sender, no forwarding available.  The Trustee has stopped payment on all checks remaining unpaid.  The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| Name and Address | Amount | Claim No. |
|---|---|---|
| RUBY MARTIN<br>460 GEORGE WASHINGTON HW<br>CHESAPEAKE, VA 23323 | $5,571.56 | 2 |

    2.    The Trustee's check in the amount of $5,571.56, payable to the Clerk of the U.S. Bankruptcy Court, is being submitted to the Court simultaneously with this Report.

Respectfully submitted,

  /s/ Susan R. Limor_____
Susan R. Limor, Trustee
2814 Dogwood Place
Nashville, Tennessee 37204
615-742-1304
Fax:  615-742-0858
trustee@limorlaw.com

### CERTIFICATE OF SERVICE

    I hereby certify that I have forwarded a true and exact copy of the foregoing document to the U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN  37203, on this 24th day of October, 2008.

  /s/ Susan R. Limor_____
Susan R. Limor